```
McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　　　　　　　　) | CR. S-08-518 LKK |
| 　　　　Plaintiff,　　　　　　) | |
| 　　　　　　　　　　　　　　　) | ORDER CONTINUING STATUS |
| 　　v.　　　　　　　　　　　　) | CONFERENCE AND CHANGE OF PLEA |
| 　　　　　　　　　　　　　　　) | HEARING |
| RODNEY CHARLES RENSHAW　　　) | |
| 　　　　　　　　　　　　　　　) | |
| 　　　　Defendants.　　　　　 ) | |

   This matter came before the Court for a status conference as to Rodney Charles Renshaw on August 25, 2009.  Assistant U.S. Attorney Michael Beckwith represented the United States and Christopher Cosa appeared on behalf of Rodney Charles Renshaw who was in custody and not present.

   Based upon the party's representations, the Court set a further status conference and change of plea hearing for September 29, 2009, at 9:15 a.m.  The Court ordered that time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare) as to defendant Rodney Charles Renshaw.  The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED**:

    1.   A status conference and change of plea hearing is set for September 29, 2009, at 9:15 a.m., for defendant Rodney Charles Renshaw.

    2.   Based on the party's representations, the Court finds that the ends of justice outweigh the best interest of the public and defendants in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through September 28, 2009.

IT IS SO ORDERED

Date: September 2, 2009

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT