1 | **Chris Cosca**
Attorney At Law
2 | California State Bar Number 144546
1007 Seventh Street, Suite 210
3 | Sacramento, CA 95814
Telephone:  (916) 440-1010
4 | Facsimile:  (877) 440-1012
Email:       coscalaw@gmail.com
5 |
Attorney for Defendant
6 | RODNEY CHARLES RENSHAW

7

8

9

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.:  CR.  S-08-518 LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **VACATE STATUS CONFERENCE AS TO** |
| vs. | ) | **DEFENDANT RODNEY RENSHAW** |
| | ) | |
| RODNEY CHARLES RENSHAW, | ) | **DATE:      September 9, 2009** |
| | ) | **TIME:      9:15 a.m.** |
| Defendant | ) | **JUDGE:   Hon. Lawrence K. Karlton** |
| | ) | |

**Stipulation**

The parties, through their undersigned counsel, stipulate that the status conference

scheduled for September 9, 2009 may be vacated as to Defendant Rodney Renshaw as he is

scheduled for a change of plea hearing on September 29, 2009. The parties also agree that time

may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel

preparation, pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4.

///

///

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

- 1 -

1  DATED: September 7, 2009

2                                              by      /s/ Chris Cosca
                                                       Chris Cosca
3                                                      Attorney for Defendant
                                                       RODNEY CHARLES RENSHAW
4

5
   DATED: September 7, 2009              by      /s/ Chris Cosca for
6                                                       Michael Beckwith
                                                        Assistant U. S. Attorney
7
                                        **Order**
8
           Good cause appearing,
9
           The status conference scheduled for September 9, 2009 is vacated as to Defendant
10
   Rodney Renshaw.
11
           Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161 (h) (8)
12
   (B) (iv) and Local Code T4 for counsel preparation.
13
           IT IS SO ORDERED.
14

15 DATED: September 9, 2009

16

17                                              LAWRENCE K. KARLTON
                                                SENIOR JUDGE
18                                              UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25