**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Armando Perez

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.:  Cr.S-08-0292-LKK |
| | ) |
| Plaintiff, | ) **ORDER TO CONTINUE STATUS** |
| | ) **CONFERENCE** |
| vs. | ) |
| | ) |
| Armando Perez, et.al., | ) **DATE:    December 8, 2008** |
| | ) **TIME:    9:15 a.m.** |
| Defendant | ) **JUDGE:  Hon. Lawrence K. Karlton** |
| | ) |
| | ) |
| | ) |

**GOOD CAUSE APPEARING,** the Status Conference, now set for December 8, 2009 at 9:15 a.m. is continued to January 26, 2010 at 9:15 a.m..  Time is excluded from December 8, 2009 through and including January 26, 2010 in the interests of justice pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) [reasonable time to prepare] and Local Code T4.

- 1 -

1   **IT IS SO ORDERED.**

2

3   Dated:      December 3, 2009

4                                                    LAWRENCE K. KARLTON
5                                                    SENIOR JUDGE
                                                     UNITED STATES DISTRICT COURT
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25