**LAW OFFICES OF CHRIS COSCA**
Chris Cosca CA SBN 144546
1007 Seventh Street, Suite 210
Sacramento, CA 95814

Telephone: (916) 440-1010

Attorney for Defendant
RODNEY CHARLES RENSHAW

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RODNEY CHARLES RENSHAW,<br><br>　　　　　Defendant | Case No.: 2:08-cr-518 LKK<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING AS TO RODNEY RENSHAW**<br><br>DATE:　December 8, 2009<br>TIME:　9:15 a.m.<br>JUDGE:　Hon. Lawrence K. Karlton |

### Stipulation

The parties, through their undersigned counsel, stipulate that the December 8, 2009 Judgment and Sentencing as to Defendant Rodney Renshaw be continued to January 20, 2010. The parties agree that additional time is necessary to determine all facts and circumstances relevant to the sentencing herein. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4.

///

///

- 1 -

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: December 2, 2009           by      /s/ Chris Cosca
                                          Chris Cosca
                                          Attorney for Defendant
                                          RODNEY CHARLES RENSHAW


DATED: December 2, 2009           by      /s/ Chris Cosca for
                                          Michael Beckwith
                                          Assistant U. S. Attorney

## Order

Good cause appearing,

The December 8, 2009 Judgment and Sentencing as to Rodney Renshaw is continued to January 20, 2010.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED: December 3, 2009                   _____
                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT