**LAW OFFICES OF CHRIS COSCA**
Chris Cosca CA SBN 144546
1007 Seventh Street, Suite 210
Sacramento, CA 95814

Telephone:  (916) 440-1010

Attorney for Defendant
RODNEY CHARLES RENSHAW

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RODNEY CHARLES RENSHAW,<br><br>　　　　　Defendant | Case No.:  2:08-cr-518 LKK<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING AS TO RODNEY RENSHAW**<br><br>DATE:　　January 20, 2010<br>TIME:　　9:15 a.m.<br>JUDGE:　Hon. Lawrence K. Karlton |

## Stipulation

The parties, through their undersigned counsel, stipulate that the January 20, 2010 Judgment and Sentencing as to Defendant Rodney Renshaw be continued to February 9, 2010. The parties agree that additional time is necessary to determine all facts and circumstances relevant to the sentencing herein. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4.

///

///

- 1 -

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: January 13, 2010     by     /s/ Chris Cosca  
                                                      Chris Cosca  
                                                      Attorney for Defendant  
                                                      RODNEY CHARLES RENSHAW

DATED: January 13, 2010     by     /s/ Chris Cosca for  
                                                      Michael Beckwith  
                                                      Assistant U. S. Attorney

## Order

Good cause appearing,

The January 20, 2010 Judgment and Sentencing as to Rodney Renshaw is continued to February 9, 2010.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED: January 14, 2010

LAWRENCE K. KARLTON  
SENIOR JUDGE  
UNITED STATES DISTRICT COURT