**LAW OFFICES OF CHRIS COSCA**
Chris Cosca CA SBN 144546
1007 Seventh Street, Suite 210
Sacramento, CA 95814

Telephone:  (916) 440-1010

Attorney for Defendant
RODNEY CHARLES RENSHAW

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.:  2:08-cr-518 LKK |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO** |
| vs. | ) **CONTINUE JUDGMENT AND** |
| | ) **SENTENCING AS TO RODNEY** |
| RODNEY CHARLES RENSHAW, | ) **RENSHAW** |
| Defendant | ) |
| | ) **DATE:    February 9, 2010** |
| | ) **TIME:     9:15 a.m.** |
| | ) **JUDGE:   Hon. Lawrence K. Karlton** |

## Stipulation

        The parties, through their undersigned counsel, stipulate that the February 9, 2010

Judgment and Sentencing as to Defendant Rodney Renshaw be continued to March 2, 2010. The

parties agree that additional time is necessary to determine all facts and circumstances relevant to

the sentencing herein. The parties also agree that time may be excluded from the speedy trial

calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h)

(7) (B) (iv) and Local Code T4.

///

///

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: February 5, 2010              by      /s/ Chris Cosca
                                             Chris Cosca
                                             Attorney for Defendant
                                             RODNEY CHARLES RENSHAW


DATED: February 5, 2010              by      /s/ Chris Cosca for
                                             Michael Beckwith
                                             Assistant U. S. Attorney

<u>**Order**</u>

Good cause appearing,

The February 9, 2010 Judgment and Sentencing as to Rodney Renshaw is continued to March 2, 2010.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 for counsel preparation.


IT IS SO ORDERED.

DATED:      February 8, 2010


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT